MARINO, TORTORELLA & BOYLE, P.C.
Kevin H. Marino (KM-4941)
John D. Tortorella (JT-3133)
437 Southern Boulevard
Chatham, New Jersey 07928-1488
(973) 824-9300
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ST. PATRICK HIGH SCHOOL, a non-public secondary school located in Elizabeth, New Jersey, in its own right and on behalf of its student-athletes and their families, <br><br> Plaintiff, <br><br> v. <br><br> NEW JERSEY STATE INTERSCHOLASTIC ATHLETIC ASSOCIATION; STEVEN J. TIMKO, individually and in his capacity as Executive Director of the New Jersey State Interscholastic Athletic Association; PATRICK J. REILLY, JR.; SIGNATURE INVESTIGATIVE GROUP; and JOHN DOES 1-50, fictitiously-named individuals and/or entities, all individually and in their capacities as agents of the New Jersey State Interscholastic Athletic Association, <br><br> Defendants. | Civil Action No. *10-948(DMC)* <br><br><br> **ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER** |

**THIS MATTER** having come before the Court on the application of Plaintiff St. Patrick High School, a non-public secondary school located in Elizabeth, New Jersey, in its own right and on behalf of its student-athletes and their families ("St. Patrick"), through their attorneys, Marino, Tortorella & Boyle, P.C. (Kevin H. Marino, Esq., appearing), for an Order to Show Cause for a preliminary injunction and temporary restraining order pursuant to Rule 65 of the Federal Rules of Civil Procedure ("Rule 65") and Rule 65.1 of the Local Rules of the United States District Court for the District of

New Jersey ("Local Civil Rule 65.1"); and the Court having considered the Verified Complaint and the accompanying Memorandum of Law filed by St. Patrick, and for good cause shown, it is hereby

ORDERED that defendants New Jersey Interscholastic Athletic Association ("NJSIAA), Steven J. Timko ("Timko"), Patrick J. Reilly, Jr. ("Reilly"), and the Signature Investigative Group ("SIG") (collectively, "Defendants") show cause before this Court, at Room 4, 2 FEDERAL Sq USPO & Courthouse, Newark, New Jersey 07101, on Feb 24, 2010, at 3 o'clock in the AFTERnoon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65(a) and Local Civil Rule 65.1 enjoining Defendants during the pendency of this action from (a) enforcing the decision to bar the 2009-2010 St. Patrick boys' basketball team from the 2010 state basketball tournament; (b) committing future violations of the constitutional and common law rights of St. Patrick and other NJSIAA's member schools and their student-athletes; and (c) authorizing investigators to violate the property and privacy rights of St. Patrick and NJSIAA member schools; and it is further

ORDERED that, sufficient reason having been shown thereof, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65(b) and Local Civil Rule 65.1, Defendants are temporarily restrained and enjoined from (a) enforcing the decision to bar the 2009-2010 St. Patrick boys' basketball team from the 2010 state basketball tournament; (b) committing future violations of the constitutional and common law rights of St. Patrick and other NJSIAA's member schools and their student-athletes; and (c) authorizing investigators to violate the property and privacy rights of St. Patrick and NJSIAA member schools; and it is further

ORDERED that a copy of this Order, together with the papers upon which it is based, be personally served upon Defendants or their attorneys on or before ~~FEB 24~~, 2010, by _10_ o'clock AM and that such service be deemed good and sufficient service thereof. *

Dated: Newark, New Jersey
February 23, 2010

_____
United States District Judge

Dennis M. Cavanaugh
U.S. District Judge

* FURTHER ORDERED OPPOSITION PAPERS TO BE FILED NO LATER THAN 10 A.M. ON FEB. 26, 2010.